**SEALED** **FILED**

OCT 0 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _ak_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[SEALED]                         ) MISC. NO. 2:11-SW-0428 KJN
                                 )
_____  )

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached search warrant application, search warrant affidavit, and search warrant and any associated material is hereby SEALED until further order of this Court.

DATED: October 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1