BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

JAN 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Search Warrant for 4285 La Miranda Way, 4285 La Mirada Way, Stockton, CA | MISC. NO.: 2: 11 SW 0248 KJN<br><br>**GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT; ORDER** |

The search warrant, application for search warrant, affidavit in support of search warrant and attachments in the above captioned case were sealed pursuant to application from the government. Although no charges have yet been filed here, the San Joaquin County District Attorney's Office has requested a copy of the search warrant to pursue charges in that jurisdiction. Release of the documents at this time will not harm the federal investigation and it is requested that the documents be ordered unsealed at this time.

Dated: January 26, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Richard J. Bender
By: RICHARD J. BENDER
Assistant United States Attorney

It is SO ORDERED,

this 27th day of January, 2012

_____
DALE A. DROZD
U.S. Magistrate Judge